762

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VICTOR GONZALES, Appellant, v. HAROLD W. FOLLETTE, as Warden of Green Haven Prison, Respondent.—

Hopkins, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.

LOIS RECTOR, Appellant, v. DUTCHESS COUNTY BOARD OF REALTORS, INC., et al., Respondents, et al., Defendants.— In

Martuscello, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.

MARGARET C. ROWDEN, Respondent, v. NATIONAL CAR RENTAL, Appellant, et al., Defendant.—

Martuscello, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.

STATE DIVISION OF HUMAN RIGHTS, Respondent, v. METZGER ASSOCIATES, INC., et al., Petitioners.—

In our opinion, there is substantial evidence in the record to support the findings of the State Division of Human Rights that petitioners engaged in unlawful discriminatory practices in violation of section 296 (subd. 5, par. [c], cl. [1]) of the Executive Law. Martuscello, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.